CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 11, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**CHRISTIAN BRIAN BLAYDON,**
**Plaintiff,**

v.

**DUFFIELD REGIONAL JAIL, et al.,**
**Defendant(s).**

Civil Action No. 7:25-cv-00069

**MEMORANDUM OPINION**

By: Robert S. Ballou
United States District Judge

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered July 21, 2025, the court directed plaintiff to submit within 30 days from the date of the order the full filing fee or otherwise respond. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b). Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Enter: September 6, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge